UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CENTER FOR BIOLOGICAL DIVERSITY et al.,

Plaintiffs,

v.

ANDREW R. WHEELER, in his official capacity as Administrator of the United States Environmental Protection Agency,

Defendant.

Case No. 20-6020 WHA

**ORDER EXTENDING DEADLINE FOR ANSWER OR RESPONSIVE PLEADING**

Pursuant to the parties' stipulation and for good cause shown, the deadline for Defendant to file an answer or other responsive pleading is extended to and including February 5, 2021.

**IT IS SO ORDERED.**

Date: December 2, 2020

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE