JEAN A. WILLIAMS
Acting Assistant Attorney General
LESLIE M. HILL (D.C. Bar No. 476008)
Leslie.Hill@usdoj.gov
Environmental Defense Section
Environment & Natural Resources Division
United States Department of Justice
4 Constitution Square
150 M Street, N.E.
Suite 4.149
Washington, D.C. 20002
Telephone: (202) 514-0375
Facsimile: (202) 514-8865

*Attorneys for Defendant*

[additional counsel listed in signature block]

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL S. REGAN, in his official capacity as the Administrator of the United States Environmental Protection Agency,<br><br>Defendant. | Case No. 3:20-cv-06020-WHA<br><br>**JOINT MOTION TO ENTER CONSENT DECREE** |

  Defendant Michael S. Regan, in his official capacity as the Administrator of the United States Environmental Protection Agency ("EPA"), and the Center for Biological Diversity and the Center for Environmental Health (collectively, "Plaintiffs"), by and through the undersigned counsel, hereby jointly move the Court to enter the attached Consent Decree (attached as Exhibit A). In support of this motion, the Plaintiffs and EPA (collectively, the "Parties") state as follows:

1.      Plaintiffs' First Amended Complaint (Dkt. No. 24) alleges that EPA has failed to undertake certain non-discretionary duties under the Clean Air Act ("CAA"), 42 U.S.C. §§ 7401-7671q, and that such alleged failures are actionable under CAA section 304(a)(2), 42 U.S.C. § 7604(a)(2).

2.      In Claim 1 of the First Amended Complaint, Plaintiffs allege that EPA issued a limited disapproval and limited approval of a permitting rule, Rule 1-220, New Source Review ("NSR") Standards (including [Prevention of Significant Deterioration ("PSD")] Evaluations), submitted to EPA on November 15, 2016 as a revision to the Mendocino County Air Quality Management District ("MCAQMD") portion of the California SIP. *Final Rule*, 82 Fed. Reg. 30,770 (July 3, 2017). Plaintiffs further allege that EPA failed to approve a SIP revision or promulgate a FIP addressing the deficiencies identified in the limited disapproval of Rule 1-220 within two years of the effective date of EPA's July 3, 2017 final rule. *See* First Am. Compl. ¶¶ 50-52.

3.      In Claim 2 of the First Amended Complaint, Plaintiffs allege that EPA has not taken final action on the following elements of three SIP submittals or revisions for the Eastern Kern (Kern County), California nonattainment area for the 2008 ozone National Ambient Air Quality Standards ("2008 ozone NAAQS") and that more than 12 months have passed since a determination of completeness (including completeness by operation of law), *see* First Am. Compl. ¶¶ 54-56:

| Item | State Implementation Plan Submittal and/or Applicable Elements or Control Techniques Guideline | Submittal Date (on or about) | Date of Completeness by EPA Determination or by Operation of Law |
|---|---|---|---|
| 2(a) | Contingency measures for volatile organic compounds ("VOC") and nitrogen oxides ("NO$_X$") pursuant to 42 U.S.C. §§ 7502(c)(9) and 7511a(c)(9) and 40 C.F.R. § 51.1102 (hereinafter "Contingency Measures") | October 25, 2017 | April 25, 2018 |
| 2(b) | Base year emissions inventory requirements pursuant to 42 U.S.C. §§ 7502(c)(3) and 7511a(a)(1) and 40 | October 25, 2017 | April 25, 2018 |

| Item | State Implementation Plan Submittal and/or Applicable Elements or Control Techniques Guideline | Submittal Date (on or about) | Date of Completeness by EPA Determination or by Operation of Law |
|---|---|---|---|
| | C.F.R. § 51.1115(a) ("Emissions Inventory") | | |
| 2(c) | Emissions statement pursuant to 42 U.S.C. § 7511a(a)(3)(B) and 40 C.F.R. § 51.1102 ("Ozone Emissions Statement") | October 25, 2017 | April 25, 2018 |
| 2(d) | Nonattainment new source review pursuant to 42 U.S.C. § 7511a(a)(2)(C) ("NNSR") | May 23, 2018 | August 28, 2018 |
| 2(e) | Attainment demonstration pursuant to 42 U.S.C. §§ 7502(c)(1) and 7511a(c)(2)(A) and 40 C.F.R. § 51.1108(b) ("Serious Area Ozone Attainment Demonstration") | October 25, 2017 | April 25, 2018 |
| 2(f) | Reasonably Available Control Technology ("RACT") Non-Control Techniques Guideline ("CTG") VOC for Major Sources pursuant to 42 U.S.C. § 7511a(b)(2)(C) ("RACT Non-CTG VOC for Major Sources") | August 9, 2017 | February 9, 2018 |
| 2(g) | Control of VOC Emissions from Coating Operations at Aerospace Manufacturing and Rework Operations, EPA-453/R-97-004 (Dec. 1997) pursuant to 42 U.S.C. § 7511a(b)(2) | August 9, 2017 | February 9, 2018 |
| 2(h) | CTG for Automobile and Light-Duty Truck Assembly Coatings, EPA 453/R-08-006 (Sept. 2008) pursuant to 42 U.S.C. § 7511a(b)(2) | August 9, 2017 | February 9, 2018 |
| 2(i) | Control of VOC from Bulk Gasoline Plants, EPA-450/2-77-035 (Dec. 1977) pursuant to 42 U.S.C. § 7511a(b)(2) | August 9, 2017 | February 9, 2018 |
| 2(j) | Control of VOC Equipment Leaks from Natural Gas/Gasoline Processing Plants, EPA-450/3-83-007 (Dec. 1983) pursuant to 42 U.S.C. § 7511a(b)(2) | August 9, 2017 | February 9, 2018 |
| 2(k) | Control of Volatile Organic Emissions from Existing Stationary Sources – Volume VII: Factory Surface Coating of Flat Wood Paneling, EPA-450/2-78-032 (June 1978) pursuant to 42 U.S.C. | August 9, 2017 | February 9, 2018 |

| Item | State Implementation Plan Submittal and/or Applicable Elements or Control Techniques Guideline | Submittal Date (on or about) | Date of Completeness by EPA Determination or by Operation of Law |
|---|---|---|---|
| | § 7511a(b)(2) | | |
| 2(l) | CTG for Fiberglass Boat Manufacturing Materials, EPA 453/R-08-004 (Sept. 2008) pursuant to 42 U.S.C. § 7511a(b)(2) | August 9, 2017 | February 9, 2018 |
| 2(m) | CTG for Flat Wood Paneling Coatings, EPA-453/R-06-004 (Sept. 2006) pursuant to 42 U.S.C. § 7511a(b)(2) | August 9, 2017 | February 9, 2018 |
| 2(n) | CTG for Flexible Package Printing, EPA-453/R-06-003 (Sept. 2006) pursuant to 42 U.S.C. § 7511a(b)(2) | August 9, 2017 | February 9, 2018 |
| 2(o) | Control of VOC Leaks from Synthetic Organic Chemical Polymer and Resin Manufacturing Equipment, EPA-450/3-83-006 (Mar. 1984) pursuant to 42 U.S.C. § 7511a(b)(2) | August 9, 2017 | February 9, 2018 |
| 2(p) | Control of Volatile Organic Emissions from Existing Stationary Sources – Volume VIII: Graphic Arts-Rotogravure and Flexography, EPA-450/2-78-033 (Dec. 1978) pursuant to 42 U.S.C. § 7511a(b)(2) | August 9, 2017 | February 9, 2018 |
| 2(q) | CTG for Industrial Cleaning Solvents, EPA-453/R-06-001 (Sept. 2006) pursuant to 42 U.S.C. § 7511a(b)(2) | August 9, 2017 | February 9, 2018 |
| 2(r) | CTG for Large Appliance Coatings, EPA-453/R-07-004 (Sept. 2007) pursuant to 42 U.S.C. § 7511a(b)(2) | August 9, 2017 | February 9, 2018 |
| 2(s) | Control of VOC Emissions from Large Petroleum Dry Cleaners, EPA-450/3-82-009 (Sept. 1982) pursuant to 42 U.S.C. § 7511a(b)(2) | August 9, 2017 | February 9, 2018 |
| 2(t) | Control of VOC Leaks from Gasoline Tank Trucks and Vapor Collection Systems, EPA-450/2-78-051 (Dec. 1978) pursuant to 42 U.S.C. § 7511a(b)(2) | August 9, 2017 | February 9, 2018 |
| 2(u) | Control of VOC Leaks from Petroleum Refinery Equipment, EPA-450/2-78-036 (June 1978) pursuant to 42 U.S.C. | August 9, 2017 | February 9, 2018 |

| Item | State Implementation Plan Submittal and/or Applicable Elements or Control Techniques Guideline | Submittal Date (on or about) | Date of Completeness by EPA Determination or by Operation of Law |
|---|---|---|---|
|  | § 7511a(b)(2) |  |  |
| 2(v) | CTG for Offset Lithographic Printing and Letterpress Printing, EPA-453/R-06-002 (Sept. 2006) pursuant to 42 U.S.C. § 7511a(b)(2) | August 9, 2017 | February 9, 2018 |
| 2(w) | Control of VOC Emissions from Manufacture of High-Density Polyethylene, Polypropylene, and Polystyrene Resins, EPA-450/3-83-008 (Nov. 1983) pursuant to 42 U.S.C. § 7511a(b)(2) | August 9, 2017 | February 9, 2018 |
| 2(x) | Control of Volatile Organic Emissions from Manufacture of Pneumatic Rubber Tires, EPA-450/2-78-030 (Dec. 1978) pursuant to 42 U.S.C. § 7511a(b)(2) | August 9, 2017 | February 9, 2018 |
| 2(y) | Control of Volatile Organic Emissions from Manufacture of Synthesized Pharmaceutical Products, EPA-450/2-78-029 (Dec. 1978) pursuant to 42 U.S.C. § 7511a(b)(2) | August 9, 2017 | February 9, 2018 |
| 2(z) | CTG for Metal Furniture Coatings, EPA 453/R-07-005 (Sept. 2007) pursuant to 42 U.S.C. § 7511a(b)(2) | August 9, 2017 | February 9, 2018 |
| 2(aa) | CTG for Miscellaneous Industrial Adhesives, EPA 453/R-08-005 (Sept. 2008) pursuant to 42 U.S.C. § 7511a(b)(2) | August 9, 2017 | February 9, 2018 |
| 2(bb) | CTG for Miscellaneous Metal and Plastic Parts Coatings, EPA 453/R-08-003 (Sept. 2008)[1] pursuant to 42 U.S.C. § 7511a(b)(2) | August 9, 2017 | February 9, 2018 |
| 2(cc) | CTG for Paper, Film, and Foil Coatings, EPA 453/R-07-003 (Sept. | August 9, 2017 | February 9, 2018 |

---

[1] The First Amended Complaint refers to two separate CTGs, "RACT VOC CTG Miscellaneous Metal Products Coatings (2008)," and "RACT VOC CTG Plastic Parts Coatings (2008)." First Amended Complaint, tbl. 1. These requirements are contained in a single CTG document.

| Item | State Implementation Plan Submittal and/or Applicable Elements or Control Techniques Guideline | Submittal Date (on or about) | Date of Completeness by EPA Determination or by Operation of Law |
|---|---|---|---|
|  | 2007) pursuant to 42 U.S.C. § 7511a(b)(2) |  |  |
| 2(dd) | Control of Volatile Organic Emissions from Petroleum Liquid Storage in External Floating Roof Tanks, EPA-450/2-78-047 (Dec. 1978) pursuant to 42 U.S.C. § 7511a(b)(2) | August 9, 2017 | February 9, 2018 |
| 2(ee) | Control of Refinery Vacuum Producing Systems, Wastewater Separators, and Process Unit Turnarounds, EPA-450/2-77-025 (Oct. 1977) pursuant to 42 U.S.C. § 7511a(b)(2) | August 9, 2017 | February 9, 2018 |
| 2(ff) | Control of VOC Emissions from Air Oxidation Processes in Synthetic Organic Chemical Manufacturing Industry ("SOCMI"), EPA-450/3-84-015 (Dec. 1984) pursuant to 42 U.S.C. § 7511a(b)(2) | August 9, 2017 | February 9, 2018 |
| 2(gg) | Control of VOC Emissions from Reactor Processes and Distillation Operations in SOCMI, EPA-450/4-91-031 (Aug. 1993) pursuant to 42 U.S.C. § 7511a(b)(2) | August 9, 2017 | February 9, 2018 |
| 2(hh) | CTG for Shipbuilding and Ship Repair Operations (Surface Coating), 61 Fed. Reg-44,050 (Aug. 27, 1996) pursuant to 42 U.S.C. § 7511a(b)(2); *see also* EPA-453/R-94-032 | August 9, 2017 | February 9, 2018 |
| 2(ii) | Control of Volatile Organic Emissions from Solvent Metal Cleaning, EPA-450/2-77-022 (Nov. 1977) pursuant to 42 U.S.C. § 7511a(b)(2) | August 9, 2017 | February 9, 2018 |
| 2(jj) | Design Criteria for Stage I Vapor Control Systems – Gasoline Service | August 9, 2017 | February 9, 2018 |

| Item | State Implementation Plan Submittal and/or Applicable Elements or Control Techniques Guideline | Submittal Date (on or about) | Date of Completeness by EPA Determination or by Operation of Law |
|---|---|---|---|
|  | Stations, EPA-450/R-75-102 (Nov. 1975)[2] pursuant to 42 U.S.C. § 7511a(b)(2) |  |  |
| 2(kk) | Control of Volatile Organic Emissions from Storage of Petroleum Liquids in Fixed-Roof Tanks, EPA-450/2-77-036 (Dec. 1977) pursuant to 42 U.S.C. § 7511a(b)(2) | August 9, 2017 | February 9, 2018 |
| 2(ll) | Control of Volatile Organic Emissions from Existing Stationary Sources – Volume IV: Surface Coating for Insulation of Magnet Wire, EPA-450/2-77-033 (Dec. 1977) pursuant to 42 U.S.C. § 7511a(b)(2) | August 9, 2017 | February 9, 2018 |
| 2(mm) | Control of Volatile Organic Emissions from Existing Stationary Sources – Volume II: Surface Coating of Cans, Coils, Paper, Fabrics, Automobiles, and Light-Duty Trucks, EPA-450/2-77-008 (May 1977)[3] pursuant to 42 U.S.C. § 7511a(b)(2) | August 9, 2017 | February 9, 2018 |
| 2(nn) | Control of Volatile Organic Emissions from Existing Stationary Sources – Volume V: Surface Coating of Large Appliances, EPA-450/2-77-034 (Dec. 1977) pursuant to 42 U.S.C. § 7511a(b)(2) | August 9, 2017 | February 9, 2018 |
| 2(oo) | Control of Volatile Organic Emissions from Existing Stationary Sources – Volume III: Surface Coating of Metal Furniture, EPA-450/2-77-032 (Dec. | August 9, 2017 | February 9, 2018 |

---

[2] This document is regarded as a CTG although it was never published with an EPA document number.

[3] The Complaint refers to five separate CTGs, "RACT VOC CTG Surface Coating of Automobiles and Light-Duty Trucks," "RACT VOC CTG Surface Coating of Cans," "RACT VOC CTG Surface Coating of Coils," "RACT VOC CTG Surface Coating of Fabrics," and "RACT VOC CTG Surface Coating of Paper." First Amended Complaint, tbl. 1. These are a single CTG document.

| Item | State Implementation Plan Submittal and/or Applicable Elements or Control Techniques Guideline | Submittal Date (on or about) | Date of Completeness by EPA Determination or by Operation of Law |
|---|---|---|---|
| | 1977) pursuant to 42 U.S.C. § 7511a(b)(2) | | |
| 2(pp) | Control of Volatile Organic Emissions from Existing Stationary Sources – Volume VI: Surface Coating of Miscellaneous Metal Parts and Products), EPA-450/2-78-015 (June 1978) pursuant to 42 U.S.C. § 7511a(b)(2) | August 9, 2017 | February 9, 2018 |
| 2(qq) | Control of Hydrocarbons from Tank Truck Gasoline Loading Terminals, EPA-450/2-77-026 (Oct. 1977) pursuant to 42 U.S.C. § 7511a(b)(2) | August 9, 2017 | February 9, 2018 |
| 2(rr) | Control of Volatile Organic Emissions from Use of Cutback Asphalt, EPA-450/2-77-037 (Dec. 1977) pursuant to 42 U.S.C. § 7511a(b)(2) | August 9, 2017 | February 9, 2018 |
| 2(ss) | Control of VOC Emissions from Wood Furniture Manufacturing Operations, EPA-453/R-96-007 (Apr. 1996) pursuant to 42 U.S.C. § 7511a(b)(2) | August 9, 2017 | February 9, 2018 |
| 2(tt) | Reasonable Further Progress ("RFP") VOC and $NO_X$ - Serious pursuant to 42 U.S.C. §§ 7511a(b)(1) and 7511a(c)(2)(B) and 40 C.F.R. § 51.1110(a)(2) | October 25, 2017 | April 25, 2018 |

//
//
//
//
//
//
//
//
//

4. In Claim 3 of the First Amended Complaint, Plaintiffs allege that EPA has not taken final action on nonattainment SIP submittals from the State of Colorado for the Denver Metro/North Front Range, Colorado nonattainment area for the 2008 ozone NAAQS addressing the following elements, and that more than 12 months have passed since a determination of completeness (including completeness by operation of law), *see* First Am. Compl. ¶¶ 58-60:

| Item | State Implementation Plan Submittal and/or Applicable Elements or Control Techniques Guidelines | Submittal Date (on or about) | Date of Completeness by EPA Determination or by Operation of Law |
|---|---|---|---|
| 3(a) | RACT VOC Control Techniques Guidelines for Metal Furniture Coatings, EPA 453/R-07-005 (Sept. 2007) | May 31, 2017 | December 1, 2017 |
| 3(b) | RACT VOC Control Techniques Guidelines for Miscellaneous Metal and Plastic Parts Coatings, EPA 453/R-08-003 (Sept. 2008) (only to the extent the CTG addresses miscellaneous metal products coatings) | May 31, 2017 | December 1, 2017 |
| 3(c) | RACT VOC CTG, Control of Volatile Organic Compound Emissions from Wood Furniture Manufacturing Operations, EPA-453/R-96-007 (Apr. 1996) | May 31, 2017 | December 1, 2017 |
| 3(d) | RACT VOC CTG for Industrial Cleaning Solvents, EPA-453/R-06-001 (Nov. 2006) | May 31, 2017 | December 1, 2017 |
| 3(e) | RACT VOC CTG for Control of Volatile Organic Compound Emissions from Coating Operations at Aerospace Manufacturing and Rework Operations, EPA-453/R-97-004 (Dec. 1997) | May 31, 2017 | December 1, 2017 |
| 3(f) | Reg. No. 7, Section X (Use of Cleaning Solvents) | May 31, 2017 | December 1, 2017 |
| 3(g) | Reg. No. 7, Section XIX (Control of Emissions from Specific Major Sources of VOC and/or NOx in the 8-Hour Ozone Control Area) | May 31, 2017 | December 1, 2017 |

| Item | State Implementation Plan Submittal and/or Applicable Elements or Control Techniques Guidelines | Submittal Date (on or about) | Date of Completeness by EPA Determination or by Operation of Law |
|---|---|---|---|
| 3(h) | RACT Non-CTG for Major NOx Sources/Submittal concerning combustion sources: Colorado Reg. 7, Sections XVI (Control of Emissions from Stationary and Portable Combustion Equipment in the 8-Hour Ozone Control Area), and XIX (Control of Emissions from Specific Major Sources of VOC and/or NOx in the 8-Hour Ozone Control Area) | May 8, 2019[4] | November 8, 2019 |
| 3(i) | RACT Non-CTG VOC for Major Sources / Submittal concerning brewing related activities and wood furniture surface coating operations: Colorado Reg. 7, Sections I[5] (Applicability), II (General Provisions), VI (Storage and Transfer of Petroleum Liquid), IX (Surface Coating Operations), X (Use of Cleaning Solvents), XII (Volatile Organic Compound Emissions from Oil and Gas Operations), XIII (Graphic Arts and Printing), XVI (Control of Emissions from Stationary and Portable Combustion Equipment in the 8-Hour Ozone Control Area), XVII (Statewide Controls for Oil and Gas Operations and Natural Gas-Fired Reciprocating Internal Combustion Engines), XVIII (Natural Gas-Actuated Pneumatic Controllers Associated with Oil and | May 8, 2019 | November 8, 2019 |

---

[4] The cover letters to the submittals described by Items 3(h) and 3(i) are dated May 10, 2019, but they were received by EPA on May 8, 2019.

[5] The First Amended Complaint refers to Section "1" of Regulation No. 7 as a part of a May 10, 2019 submittal. The parties agree that the Arabic "1" is a typographical error and that the reference was intended to be to Section "I," with a Roman numeral.

| Item | State Implementation Plan Submittal and/or Applicable Elements or Control Techniques Guidelines | Submittal Date (on or about) | Date of Completeness by EPA Determination or by Operation of Law |
|---|---|---|---|
| | Gas Operations), and XX (Control of Emissions from Breweries in the 8-hour Ozone Control Area) | | |

5. On February 11, 2021, the Acting Regional Administrator for EPA Region 8 signed a notice partially approving and partially conditionally approving elements of a Colorado SIP submission addressing the elements described above for Claim 3 as Items 3(a), 3(c), 3(d), 3(e), 3(f), 3(g), parts of 3(h) (excluding only subsections XVI.D.4.b.(i) and XVI.D.4.d.), and 3(i). *Final Rule*, 86 Fed. Reg. 11,125 (Feb. 24, 2021). Claim 3 is therefore moot as to Items 3(a), 3(c), 3(d), 3(e), 3(f), 3(g), the parts of 3(h) acted on, and 3(i).

6. In Claim 4 of the First Amended Complaint, Plaintiffs allege that EPA has not taken final action on the following elements in a SIP submittal for the Nevada County (Western part), California nonattainment area ("Western Nevada County") for the 2008 ozone NAAQS and that more than 12 months have passed since a determination of completeness (including completeness by operation of law), *see* First Am. Compl. ¶¶ 62-64:

| Item | State Implementation Plan Elements | Submittal Date (on or about) | Date of Completeness by EPA Determination or by Operation of Law |
|---|---|---|---|
| 4(a) | Contingency Measures | December 7, 2018 | June 7, 2019 |
| 4(b) | Emissions Inventory | December 7, 2018 | June 7, 2019 |
| 4(c) | Ozone Emissions Statement | December 7, 2018 | June 7, 2019 |
| 4(d) | Serious Area Ozone Attainment Demonstration | December 7, 2018 | June 7, 2019 |
| 4(e) | RFP VOC and $NO_X$ – Moderate pursuant to 42 U.S.C. § 7511a(b)(1) and 40 C.F.R. § 51.1110(a)(4)(i) ("RFP VOC and $NO_X$ – Moderate") | December 7, 2018 | June 7, 2019 |
| 4(f) | RFP VOC and $NO_X$ - Serious pursuant to 42 U.S.C. §§ 7502(c)(2) and 7511a(c)(2)(B) and 40 C.F.R. § 51.1110(a)(4)(iii) ("RFP VOC and $NO_X$ – Serious") | December 7, 2018 | June 7, 2019 |

JOINT MOTION TO ENTER CONSENT DECREE
CASE NO. 3:20-cv-06020-WHA

7. In Claim 5 of the First Amended Complaint, Plaintiffs allege that EPA has not taken final action on the following elements in SIP submittals for the Riverside County (Coachella Valley planning area), California ozone nonattainment area ("Coachella Valley nonattainment area") for the 2008 ozone NAAQS and that more than 12 months have passed since a determination of completeness (including completeness by operation of law), *see* First Am. Compl. ¶¶ 66-68:

| Item | State Implementation Plan Elements | Submittal Date (on or about) | Date of Completeness by EPA Determination or by Operation of Law |
|---|---|---|---|
| 5(a) | Contingency Measures pursuant to 42 U.S.C. §§ 7502(c)(9) and 7511a(c)(9) and 40 C.F.R. § 51.1102 ("RFP Contingency Measures") | April 27, 2017 | October 23, 2017 |
| 5(b) | Contingency Measures pursuant to 42 U.S.C. § 7502(c)(9) ("Attainment Contingency Measures") | May 5, 2017 | November 5, 2017 |

8. The Parties reached agreement on a proposed Consent Decree resolving all claims except for the allegation set forth in Paragraph 34, Table 1, Item 51, of the First Amended Complaint in April 2021.[6] Section 113(g) of the CAA, 42 U.S.C. § 7413(g), requires EPA to provide "a reasonable opportunity by notice in the Federal Register to persons who are not named as parties or intervenors to the action or matter to comment in writing" upon the proposed Consent Decree. The proposed Consent Decree was noticed in the *Federal Register* on May 3, 2021. *Notice*, 86 Fed. Reg. 23,359 (May 3, 2021). That notice and comment process is now complete. EPA received no comments in response to the section 113(g) notice.[7]

---

[6] Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Parties jointly stipulated to partially dismiss Claim 2 (only as to element 2(tt)) and Claim 4 (only as to element 4(c)). Dkt. No. 36.
[7] *See* Docket No. EPA-HQ-OGC-2021-0304-0001, *available at* https://www.regulations.gov/document/EPA-HQ-OGC-2021-0304-0001.

9. Subsequent to publication of the section 113(g) notice, EPA took final action on several SIP submittals. The Parties revised the proposed Consent Decree to address those completed actions.

10. On May 13, 2021, the Acting Regional Administrator for EPA Region 9 signed a notice approving elements of a California nonattainment SIP submission addressing the Contingency Measures, Emissions Inventory, Serious Area Ozone Attainment Demonstration, RFP VOC and NO$_X$ – Moderate[8], and RFP VOC and NO$_X$ – Serious elements for the Western Nevada County nonattainment area for the 2008 ozone NAAQS. *Final Rule*, 86 Fed. Reg. 27,524 (May 21, 2021). Claim 4 is therefore moot as to these elements.

11. On June 10, 2021, the Acting Regional Administrator for EPA Region 9 signed a notice approving a California SIP submission addressing the deficiencies with Rule 1-220 of the MCAQMD portion of the California SIP that were the basis for EPA's July 3, 2017 limited disapproval of MCAQMD Rule 1-220 at 82 Fed. Reg. 30,770. *Final Rule*, 86 Fed. Reg. 33,539 (June 25, 2021). Claim 1 is therefore moot.

12. On June 16, 2021, the Acting Regional Administrator for EPA Region 9 signed a notice approving elements of a California nonattainment SIP submission addressing the Contingency Measures, Emissions Inventory, and Ozone Emissions Statement[9] elements for the Eastern Kern (Kern County), California nonattainment area for the 2008 ozone NAAQS. *Final Rule*, 86 Fed. Reg. 33,528 (June 25, 2021). Claim 2 is therefore moot as to the Contingency Measures, Emissions Inventory, and Ozone Emissions Statement elements, items 2(a), 2(b), and 2(c).

---

[8] EPA refers to RFP VOC and NOx – Moderate as "ROP" in the Final Rule. 86 Fed. Reg. at 27,530. For Moderate and above nonattainment areas, CAA section 182(b)(1), requires VOC "emission reductions within 6 years after November 15, 1990, of a least 15 percent from baseline emissions, accounting for any growth in emissions after 1990." 42 U.S.C. § 7511a(b)(1). "Rate of Progress" or "ROP" is the term EPA uses to distinguish the initial 6 year RFP requirement for ozone nonattainment areas from the requirements for subsequent RFP intervals. *See* 40 C.F.R. § 51.1100(u) (defining ROP to mean "the 15 percent progress reductions in VOC emissions over the first 6 years required under CAA section 182(b)(1)").

[9] *See supra* note 6.

13.     The proposed Consent Decree published pursuant to CAA section 113(g), 42 U.S.C. § 7413(g), *see* 84 Fed. Reg. 46,519, has been revised to remove the obligations for EPA to take actions related to Claim 1, a portion of Claim 2, and Claim 4, which are now moot as described above.

14.     The proposed Consent Decree requires EPA to take final action on the remaining SIP submittals in Claims 2, 3, and 5 by dates certain as set forth in Paragraphs 1.a, 1.b, and 1.c of the proposed Consent Decree.

15.     The Parties jointly request that the Court enter the proposed Consent Decree.

16.     Through the Consent Decree, EPA and Plaintiffs indicate their agreement that the Consent Decree is fair, reasonable, and in the public interest. The Court should therefore enter the attached Consent Decree.

WHEREFORE, the Parties respectfully move the Court to enter the attached Consent Decree.

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

Respectfully submitted,

Date: July 8, 2021

                                 JEAN A. WILLIAMS
                                 Acting Assistant Attorney General

                                 /s Leslie M. Hill
                                 LESLIE M. HILL (D.C. Bar No. 476008)
                                 U.S. Department of Justice
                                 Environment & Natural Resources Division
                                 Environmental Defense Section
                                 4 Constitution Square
                                 150 M Street, N.E.
                                 Suite 4.149
                                 Washington, D.C.  20002
                                 Leslie.Hill@usdoj.gov
                                 Telephone (202) 514-0375
                                 Facsimile (202) 514-8865

                                 *Attorney for Defendant*

Of counsel:

Elizabeth Pettit
Office of General Counsel
U.S. Environmental Protection Agency

Michael Boydston
Office of Regional Counsel
U.S. Environmental Protection Agency, Region VIII

Julie Walters
Office of Regional Counsel
U.S. Environmental Protection Agency, Region IX

/s Robert Ukeiley (email auth. 7/7/21)
Robert Ukeiley, Admitted *Pro Hac Vice*
Center for Biological Diversity
1536 Wynkoop Street, Suite 421
Denver, CO 80202
rukeiley@biologicaldiversity.org
Tel: (720) 496-8568

Jonathan Evans (Cal. Bar No. 247376)
CENTER FOR BIOLOGICAL DIVERSITY
1212 Broadway, Suite 800
Oakland, CA 94612
Phone: 510-844-7118
Fax: 510-844-7150
email: jevans@biologicaldiversity.org

*Attorneys for Plaintiffs*